IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EDWARD BATES,

    Petitioner,               No. CIV S-11-2840 KJM DAD P

    vs.

WARDEN MARTEL,

    Respondent.             <u>ORDER</u>

_____/

    Respondent has requested an extension of time to file a responsive pleading pursuant to the court's order of March 8, 2012. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondent's motion for an extension of time (Doc. No. 12) is granted; and

    2. Respondent shall file a responsive pleading in this matter on or before June 6, 2012.

DATED: May 3, 2012.

                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:9
bate2840.111rp

1